CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM BILL CLARK, ) | CASE NO. 7:14CV00275 |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER |
| v. ) | |
| ) | |
| DR. DAVID MCDONALD, ET AL., ) | By: Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant(s). ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 12th day of August, 2014.

_____
Chief United States District Judge